IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>B. DUFFY, WARDEN of CMF, et al.,<br><br>   Defendants. | No. C 13-3336 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT AND APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docket No. 5) |

On July 17, 2013, plaintiff filed a letter which initiated these proceedings pursuant to 42 U.S.C. § 1983. On the same day, the Clerk notified plaintiff that he had not filed a proper complaint nor had he paid the filing fee or filed an application to proceed *in forma pauperis* ("IFP"). On August 19, 2013, plaintiff filed a motion for an extension of time to file the necessary documents. (Docket No. 5.) In the interest of justice, plaintiff's motion is **GRANTED**. Plaintiff shall file a proper complaint and an IFP application **within thirty (30) days** of the filing date of this order.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED:   9/10/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time
G:\PRO-SE\LHK\HC.13\Davis336eot-comp-ifp.wpd