IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DAVIS, ) | No. C 13-3336 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 17, 2013, plaintiff, proceeding *pro se*, filed a letter which commenced this action. The same day, the Clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a complaint within twenty-eight days would result in the dismissal of this action. On August 19, 2013, plaintiff requested an extension of time within which to complete both tasks. On September 10, 2013, the court granted plaintiff's request and directed plaintiff to file either a completed IFP application or pay the filing fee within thirty days. The court also directed

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Davis336disifpcomp.wpd

1  plaintiff to file a complaint within thirty days. To date, plaintiff has not paid his filing fee, filed
2  a completed IFP application, or filed a complaint.
3        Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter
4  judgment and close the file. The Clerk is also directed to send an electronic copy of plaintiff's
5  original letter (docket no. 1), and a copy of this order to the courtroom deputy of Judge Thelton
6  Henderson.
7        IT IS SO ORDERED.
8  DATED:  10/23/13

                                        LUCY H. KOH
9                                          United States District Judge