IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE DAVIS, | ) | No. C 13-3336 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  10/23/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Davis336jud.wpd